# Court of Appeals
# of the State of Georgia

ATLANTA,  August 18, 2023

*The Court of Appeals hereby passes the following order:*

## A24D0020. PSHATOIA LAROSE v. ALEXIS MCFARLAND et al.

Pshatoia Larose seeks discretionary review of the trial court's "Notice of Impending Dismissal for Want of Prosecution." We, however, lack jurisdiction.

"Generally, an order is final and appealable when it leaves no issues remaining to be resolved, constitutes the court's final ruling on the merits of the action, and leaves the parties with no further recourse in the trial court." *Thomas v. Douglas County*, 217 Ga. App. 520, 522 (1) (457 SE2d 835) (1995). In the order on appeal, the trial court informed Larose that she could not represent coplaintiff Femalepreneur, LLC and therefore needed to retain an attorney by a certain date or the case would be dismissed. This is not a final order.

Because there is no final judgment and the case remains pending below, Larose was required to use the interlocutory appeal procedures – including obtaining a certificate of immediate review from the trial court – in order to obtain appellate review of the trial court's order. See OCGA § 5-6-34 (a) (1), (b); *Mauer v. Parker Fibernet, LLC*, 306 Ga. App. 160, 161 (701 SE2d 599) (2010). Accordingly, Larose's

failure to comply with the interlocutory appeals procedure deprives this Court of jurisdiction consider this discretionary application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,__08/18/2023_____*

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*